**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
CORT & MEDAS ASSOCIATES, LLC,                             :     Bankruptcy Case No.: 19-41313
                                                          :
                    Debtor.                               :
                                                          :
------------------------------------------------------------x
                                                          :
1414 UTICA AVENUE LENDER LLC,                             :
                                                          :
                    Appellant,                            :
                                                          :
     -against-                                            :     Civil Action No. 20-3971 (BMC)
                                                          :
EMPIRE STATE CERTIFIED DEVELOPMENT               :
CORPORATION                                               :
                                                          :
                    Appellee.                             :
------------------------------------------------------------x

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Empire State Certified Development Corporation appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the District Court for the Eastern District of New York entered in this case on January 29, 2021 together with the Judgment entered on February 1, 2021 (attached together at **Exhibit A**) that reverses the Order with Respect to the Claims of 1414 Utica Avenue Lender LLC and Empire State Certified Development Corporation entered on August 10, 2020 by the Bankruptcy Court of the Eastern District of New York [ECF No. 146] (attached as **Exhibit B**).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys or of their last known addresses are as follows:

**1414 Utica Avenue Lender LLC**
*Represented by:*
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel: (212) 390-8054
Attn: Paul A. Rubin

**Empire State Certified Development Corporation**
*Represented by:*
Lemery Greisler, LLC
60 Railroad Place, Suite 502
Saratoga Springs, NY 12866
Tel: (518) 433-8800
Attn: Paul A. Levine
       Meghan M. Breen

Dated: February 26, 2021

Respectfully submitted,

_____
Paul A. Levine, Esq.
Meghan M. Breen, Esq.
Lemery Greisler, LLC
*Attorneys for Empire State Certified*
*Development Corporation*
60 Railroad Place, Suite 502
Saratoga Springs, NY 12866
Tel: (518) 433-8800